**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT E. HENRY *et al*                                   `                                          PLAINTIFFS

V.                                    NO: 4:15CV00230 JLH/JWC

JOHN RANDELL *et al*                                                                            DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the claims of Plaintiffs Curtis Morgan, Casey Ragan, David McGon, Lewis Johnson, Philip McClellard, Chris Edwards, and David Eberhardy, are DISMISSED WITHOUT PREJUDICE, and Morgan, Ragan, McGon, Johnson, McClellard, Edwards, and Eberhardy, are removed as party Plaintiffs.

DATED this 21st day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE