**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

ROBERT E. HENRY *et al*                    `                              PLAINTIFFS

V.                              NO: 4:15CV00230 JLH/JWC

JOHN RANDELL *et al*                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.

Mail your objections to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Robert E. Henry, who was formerly held at the Faulkner County Detention Center Unit 1, filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on April 21, 2015.[1]  On June 19, 2015, after mail sent to Plaintiff's address of record was returned as undeliverable, the Court entered

---

[1]On May 21, 2015, the Court entered an order dismissing the claims of all the original Plaintiffs except for Henry (docket entry #31).

an order directing Plaintiff to file a notice of his current mailing address, and warned him that his failure to do so within 30 days would result in the recommended dismissal of his complaint (docket entry #42).  More than 30 days have passed, and Plaintiff has not responded to the order.  Plaintiff is not listed as a current inmate on the Arkansas Department of Correction or Federal Bureau of Prisons public websites.

Under these circumstances, the Court concludes that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure respond to the Court's order.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE