**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

ROBERT E. HENRY *et al*.                                                                                   PLAINTIFFS

v.                                            NO: 4:15CV00230 JLH

JOHN RANDELL *et al*.                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 13th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE